We therefore would reverse the judgments in favor of defendants and grant plaintiffs a new trial on the first and second causes of action only. (Appeal from Judgment of Supreme Court, Erie County, Kane, J.—Medical Malpractice.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

■ JANET KAMBAT, Individually and as Executrix of FLORENCE J. FENZEL and Another, Deceased, et al., Appellants, v ST. FRANCIS HOSPITAL et al., Respondents, et al., Defendant. (Appeal No. 2.) [642 NYS2d 848] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr. of Brooklyn & Queens,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1], [2]). (Appeal from Order of Supreme Court, Erie County, Kane, J.—Set Aside Verdict.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

■ JANET KAMBAT, Individually and as Executrix of FLORENCE J. FENZEL and Another, Deceased, et al., Appellants, v ST. FRANCIS HOSPITAL et al., Defendants, and RALPH C. SPERRAZZA, Respondent. (Appeal No. 3.) [642 NYS2d 849] —Judgment affirmed without costs. Same Memorandum as in *Kambat v St. Francis Hosp.* ([appeal No. 1] 226 AD2d 1059 [decided herewith]).

All concur except Green, J. P., and Boehm, J., who dissent in part and vote to reverse in the same dissenting Memorandum as in *Kambat v St. Francis Hosp.* ([appeal No. 1] 226 AD2d 1059, 1061 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Kane, J.—Medical Malpractice.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

■ JANET KAMBAT, Individually and as Executrix of FLORENCE J. FENZEL and Another, Deceased, et al., Appellants, v ST. FRANCIS HOSPITAL, Respondent, et al., Defendants. (Appeal No. 4.) [642 NYS2d 849] —Judgment affirmed without costs. Same Memorandum as in *Kambat v St. Francis Hosp.* ([appeal No. 1] 226 AD2d 1059 [decided herewith]).

All concur except Green, J. P., and Boehm, J., who dissent in part and vote to reverse in the same dissenting Memorandum as in *Kambat v St. Francis Hosp.* ([appeal No. 1] 226 AD2d 1059, 1061 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Kane, J.—Medical Malpractice.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

■ JOHN RICHMOND, Appellant, v BMC INDUSTRIES, INC., et al., Respondents and Third-Party Plaintiffs. ASSOCIATED MAINTENANCE CORP., Third-Party Defendant-Respondent. [641 NYS2d 773] —Order unanimously affirmed without costs. Memoran-